

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

MEMO ENDORSED

March 29, 2024

*The Pretrial conference
is adjourned from April 4
until April 25, 2024 at 11AM.
So ordered. H. Stein
J. USDJ.*

Re:   Case 1:23-cv-09797-SHS, Tarr v. The Art Store, Inc.
      Plaintiff's Request for Adjournment of Conference

Dear Judge Stein:

Plaintiff respectfully submits this letter, with the consent of Defendant's counsel, to seek and adjournment of the initial pretrial conference currently scheduled for April 4, 2024. Plaintiff's counsel will be traveling on that date and will be unable to join the conference line. As such, Plaintiff respectfully requests a twenty-one (21) day adjournment of the initial pretrial conference to April 25, 2024, or a date more convenient to the Court. While this is Plaintiff's second time requesting this relief. Both parties consent to this request.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorneys for Plaintiff

Cc: all Counsel of record on ECF

