UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELLEN ELIZABETH TARR, on behalf of herself :     23-cv-9797 (SHS)
and all others similarly situated,

                       Plaintiff,               :     <u>ORDER</u>

THE ART STORE, INC.,                   :

                       Defendant.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The April 25 status conference will be held as a teleconference via MS Teams. The parties will receive a link to join the conference via email. Members of the public may dial in using the audio only feature. The audio only number is 646-453-4442, access code 450240578. All of those accessing the conference – whether in listen-only mode or otherwise – are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated: New York, New York
        April 2, 2024

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.