UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELLEN ELIZABETH TARR, on behalf of herself : 23-cv-9797 (SHS)
and all others similarly situated,

                           Plaintiff,            ORDER

THE ART STORE, INC.,

                           Defendant.

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today by teleconference, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    The parties shall agree upon an appropriate protective order for use regarding information derived from the plaintiff's computer on or before May 15, 2024;

    2.    The last day for completion of all discovery is July 31, 2024. There will be no adjournments of this date; and

    3.    There will be a status conference on June 20, 2024, at 4:30 p.m.

Dated: New York, New York
       April 25, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.