UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ELLEN ELIZABETH TARR, on behalf of herself :    23-cv-9797 (SHS)
and all others similarly situated,

                 Plaintiff,      ORDER

THE ART STORE, INC., and COMMERCIAL
ART SUPPLY, INC.,

                 Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        Plaintiff having filed a notice of settlement [Doc No. 24],

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then. The conference scheduled for June 21 is cancelled.

Dated: New York, New York
       June 18, 2024

                                                   SO ORDERED:

                                                   Sidney H. Stein, U.S.D.J.